

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

December 14, 2023

**By ECF**

Honorable J. Paul Oetken
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

      Re:    *United States v. Migdol, et al.*, S2 21 Cr. 706 (JPO)

Dear Judge Oetken:

      The undersigned Assistant United States Attorney is leaving the United States Attorney's Office for the Southern District of New York.

      Accordingly, the Government respectfully requests that the Court direct the Clerk of Court to terminate the appearance of the undersigned counsel in the above-captioned matter.

Respectfully submitted,

DAMIAN WILLIAMS
United States Attorney for the
Southern District of New York

By: _____
Jarrod L. Schaeffer
Assistant United States Attorney
Tel.: (212) 637-2270

Granted.
So ordered.
12/15/2023

_____
J. PAUL OETKEN
United States District Judge