

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Jacob K. Javits Federal Building*
*26 Federal Plaza, 37th Floor*
*New York, New York 10278*

January 17, 2025

**By ECF**

Honorable J. Paul Oetken
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

    Re:    *United States v. Brian Benjamin*, S2 21 Cr. 706 (JPO)

Dear Judge Oetken:

    The Government writes to respectfully request that the Court enter the attached order of *nolle prosequi* dismissing Indictment S2 21 Cr. 706 (JPO) against defendant Brian Benjamin.

                                                        Respectfully submitted,

                                                        EDWARD Y. KIM
                                                        Acting United States Attorney
                                                        Southern District of New York

                                   By:    */s/*_____

                                                         Celia V. Cohen / Derek Wikstrom
                                                         Assistant United States Attorneys
                                                          Tel: (914) 993-1921 / (212) 637-1085

cc:  Counsel of Record (via ECF)